UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN

CRIMINAL ACTION NO. 1:06CR-00006-TBR-(1)

UNITED STATES OF AMERICA                                                    PLAINTIFF

VS.

DAVID MICHAEL WILSON                                                        DEFENDANT

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

      The Defendant, by consent, has appeared before me pursuant to Rule 11, Federal Rules of Criminal Procedure, and has entered a plea of guilty to Counts One through Six of the Seven-Count Indictment.  After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty plea was knowledgeable and voluntary and that the offense charged is supported by an independent basis in fact containing each of the essential elements of such offense.  I, therefore, recommend that the plea of guilty be accepted and that the Defendant be adjudged guilty and have sentence imposed accordingly.

      ENTERED this  May 18, 2006

*E. Robert Goebel*
**E. Robert Goebel**
**United States Magistrate Judge**

## NOTICE

Failure to file written objections to this Report and Recommendation within (10) days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. 28 U.S.C. 636(b)(1)(B).

Date of Service:  May 18, 2006

E. Robert Goebel
United States Magistrate Judge

Copies to:

AUSA James Lesousky, Jr.
US Marshal
US Probation
Mr. John Caudill